1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   Lawrence Eugene Greer,            )    No. CIV 05-1394-PHX-EHC (VAM)
                                       )
10           Petitioner,               )
                                       )    **ORDER**
11   vs.                               )
                                       )
12   Dora B. Schriro, et al.,          )
                                       )
13           Respondents.              )
                                       )

14

15          On May 11, 2005, Petitioner filed a Petition for a Writ of Habeas Corpus. [Dkt. 1]. On

16   June 10, 2005, Petitioner filed an Amended Petition for a Writ of Habeas Corpus. [Dkt. 4].

17   Respondents filed a Response to the Amended Petition on September 19, 2005. [Dkts. 14,

18   15 & 16].

19          On November 16, 2005, Magistrate Judge Virginia A. Mathis issued a Report and

20   Recommendation [Dkt. 21], recommending that Petitioner's Amended Petition be denied

21   because Petitioner's claims are procedurally barred, Petitioner having failed to raise them

22   in the two post-conviction proceedings conducted in Maricopa County Superior Court

23   pursuant to Ariz. R. Crim. P. 32. See 28 U.S.C. § 2254(b)(1)(A).

24          On November 28, 2005, Petitioner filed an Objection. [Dkt. 22]. Petitioner argues that

25   he should not be held responsible for his counsel's failure to raise his claims in his post-

26   conviction proceedings before the Superior Court. Petitioner filed his petitions pro se in

27   the two post-conviction proceedings held in Maricopa County Superior Court. [Dkt. 16,

28

exs. I and MM]. Petitioner's counsel appointed for the post-conviction proceedings found no viable issues to raise on post-conviction review. [Dkt. 16, ex. M].

On December 23, 2005, Petitioner filed a Motion to Enforce Sanctions [Dkt. 23], informing that the Court that Respondents did not file a Response to his Objection.

A district court judge reviews *de novo* the Report and Recommendation of a Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C).

The Court having reviewed the record *de novo*, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is adopted in full. [Dkt. 21].

**IT IS FURTHER ORDERED** that the Petitioner's Amended Petition for a Writ of Habeas Corpus is **DENIED**. [Dkt. 4].

**IT IS FURTHER ORDERED** that Petitioner's Motion to Enforce Sanctions [Dkt. 23] is **DENIED**.

DATED this 6th day of January, 2006.

Earl H. Carroll
United States District Judge

- 2 -